UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| 2018-cv-00207-JWD-EWD | Colar v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00219-SDD-EWD | Brashear v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00224-BAJ-EWD | Fort v. Imperial Fire and Casualty Insurance Company |
| 2018-cv-00225-BAJ-EWD | Banks et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00226-BAJ-RLB | Becnel v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00227-SDD-RLB | Beeman v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00228-JWD-EWD | Dier et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00229-BAJ-RLB | Fontenot et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00230-SDD-RLB | Forest v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00231-JWD-RLB | Gaines v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00232-JWD-RLB | Handy v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00233-JWD-RLB | Hartman v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00234-SDD-EWD | Holmes v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00235-BAJ-RLB | Jorgensen v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00236-BAJ-EWD | Jorgenson et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00237-SDD-RLB | Law et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00238-SDD-EWD | Manix v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00239-JWD-RLB | Methvien et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00240-JWD-EWD | Miller et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00241-SDD-RLB | Munn v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00242-SDD-RLB | Myers et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00243-BAJ-EWD | Payne v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00244-JWD-RLB | Peterman, III v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00245-BAJ-EWD | Piper et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00246-BAJ-RLB | Scott v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00247-JWD-RLB | Tate v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00248-BAJ-EWD | Shown v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00249-SDD-RLB | Uritz et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00250-BAJ-EWD | Weatherman, Jr. v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00251-BAJ-EWD | Williams et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00252-JWD-EWD | Wright v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00271-BAJ-RLB | Gilbreth v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00290-JWD-RLB | Powers v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00291-JWD-EWD | Martinez v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00292-JWD-RLB | Edwards v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00293-SDD-RLB | Spurlock v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00294-JWD-EWD | Padgett v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00295-JWD-EWD | Fletcher et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00296-JWD-EWD | Tobias v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00322-JWD-EWD | Jackson v. Imperial Fire and Casualty Insurance Company |

| | |
|---|---|
| 2018-cv-00325-JWD-RLB | Rogers v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00326-JWD-EWD | Florida v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00327-JWD-EWD | Graver v. Imperial Fire and Casualty Insurance Company |
| 2018-cv-00328-JWD-RLB | Jones v. Imperial Fire and Casualty Insurance Company |
| 2018-cv-00329-JWD-EWD | Young v. Imperial Fire and Casualty Insurance Company |
| 2018-cv-00330-JWD-RLB | Templet et al v. Imperial Fire and Casualty Insurance Company |
| 2018-cv-00331-JWD-EWD | Wetta v. Imperial Fire and Casualty Insurance Company |
| 2018-cv-00332-JWD-RLB | Simon v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00333-JWD-EWD | Simoneaux v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00446-SDD-RLB | Reado et al v. Imperial Fire & Casualty Insurance Company |
| 2018-cv-00473-SDD-EWD | Matthews et al v. Imperial Fire and Casualty Insurance Company |
| 2018-cv-00573-SDD-EWD | Frederick v. Imperial Fire and Casualty Insurance Company |

## **O R D E R**

The Court having determined that the above-captioned cases present common questions of law and fact;

**IT IS ORDERED THAT** the above cases are hereby consolidated for discovery purposes only with Civil Action No. 2018-cv-00207-JWD-EWD and reassigned to Chief Judge Shelly D. Dick and Magistrate Judge Erin Wilder-Doomes.  Counsel shall review Local Rule 10(b) for procedure governing consolidated cases.

In light of the consolidation order in these matters, attorneys are advised that, unless otherwise ordered by the Court, any filing that pertains only to a single individual member case should be filed directly in that member case. Should a filing pertain to or

seek relief in multiple member cases, that filing should be made in the lead case and indicate the applicable member cases to which it applies as specified in Local Rule 10.

Signed in Baton Rouge, Louisiana, this <u>3rd</u> day of October, 2018.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA